## 74954. WILLIAMS v. GREENFIELD EQUIPMENT COMPANY, INC.
(361 SE2d 199)

DEEN, Presiding Judge.

The sole issue in this appeal is whether the trial court violated OCGA § 9-10-182 by allowing two attorneys to argue for the defendant during closing argument. Both the plaintiff and the defendant employed double counsel. One attorney for the plaintiff began closing argument; the two defense attorneys then argued; and the plaintiff's second attorney concluded the argument. Under *Taylor v. Powell*, 158 Ga. App. 339 (280 SE2d 386) (1981), this procedure did not violate OCGA § 9-10-182.

*Judgment affirmed. Birdsong, C. J., and Pope, J., concur.*

DECIDED SEPTEMBER 8, 1987 —
REHEARING DENIED SEPTEMBER 16, 1987 — ▪▪▪▪▪

*Peter J. Rice, Jr., Andrew H. Marshall*, for appellant.
*E. Davison Burch*, for appellee.